IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00432-MSK-CBS

SHIRLEY MORRIS,

     Plaintiff,

v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service USPS/Denver/CO,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Extend Discovery Cut-off and Dispositive Motions Deadline (*doc. no. 18)* is **GRANTED**.

**DATED:**     January 5, 2007