IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00432-MSK-CBS

SHIRLEY MORRIS,

       Plaintiff,

v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service USPS/Denver/CO,

       Defendant.

_____

**ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE**
_____

THIS MATTER comes before the Court *sua sponte*,

**IT IS ORDERED** that the Final Pretrial Conference previously set for January 16, 2008,

at 8:30 a.m. is **rescheduled** to **January 24, 2008, at 9:30 a.m.**

DATED this 3rd day of January, 2008.

                        **BY THE COURT:**

                        _____

                        Marcia S. Krieger
                        United States District Judge