IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00432-MSK-CBS

SHIRLEY MORRIS,

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
U.S. POSTAL SERVICE
USPS/DENVER/CO

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE PROPOSED REVISED FINAL PRETRIAL ORDER REGARDING THE EXHIBIT LIST

---

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Amend the Proposed Revised Final Pretrial Order Regarding the Exhibit List (Motion) **(#50)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** Plaintiff's request to replace Exhibits 22, 24 and 25 with two other exhibits, which are now marked as Exhibits 14 and 15.

DATED this 16th day of April, 2008.

          **BY THE COURT:**

          *Marcia S. Krieger*
          _____

          Marcia S. Krieger
          United States District Judge